IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLIE LYNN HARDY,

    Plaintiff,

v.

STONE HOUSE DEVELOPMENT,
ANGELA BROCKMAN and
KASIE SETTERLUND,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-872-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing Angela Brockman; and

    (2) granting summary judgment in favor of Stone House Development and Kasie Setterlund and dismissing this case.

| /s/ | 7/16/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |